# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| JOHN SCOTT & DOTTIE SCOTT | PLAINTIFFS |
| VS. | CIVIL ACTION NO: 1:14-cv-00037-SA-DAS |
| SPENCER GIFTS LLC AND<br>MANAGER OF SPENCER GIFTS LLC | DEFENDANTS |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

UPON motion *ore tenus* of the parties for a dismissal with prejudice of all claims asserted against Defendants, Spencer Gifts, LLC and Manager of Spencer Gifts, LLC, in the above-referenced matter and the Court, being advised that the parties have reached a settlement and now request that the case now be dismissed with prejudice, finds that said motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that any and all claims of the Plaintiffs, brought, or which could have been brought, against the Defendants, Spencer Gifts, LLC and Manager of Spencer Gifts, LLC., and any officers, directors, employees, assigns or representatives of Spencer Gifts, LLC and Manager of Spencer Gifts, LLC., in the above-referenced matter shall be and are hereby dismissed <u>with prejudice</u> with each party to bear their own costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that the terms and conditions of any and all releases and/or settlement agreements signed by the Plaintiff are incorporated herein by reference as if fully set forth herein and the Court acknowledges that this judgment of dismissal is being entered as a condition of the settlement between the parties and, in addition, approves

the settlement of same and the Court retains jurisdiction over the enforcement, if any, of the settlement agreement.

**SO ORDERED and ADJUDGED**, this the 14th day of August, 2015.

    **/s/ Sharion Aycock**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DIVISION OF MISSISSIPPI**

**APPROVED AS TO SUBSTANCE AND FORM:**

*/s/ George E. Dent*
GEORGE E. DENT, ESQ., MSB # 6052
JEFFREY D. LEATHERS, ESQ., MSB# 100082
GREER RUSSELL DENT & LEATHERS, PLLC
P OST OFFICE BOX 907
TUPELO, MS  38802
Telephone: (662)842-5345
gdent@greerlawfirm.com
jleathers@greerlawfirm.com

*/s/ Paul N. Jenkins, Jr.*
PAUL N. JENKINS, JR., MSB#100041
WEBB SANDERS & WILLIAMS, PLLC
POST OFFICE BOX 496
TUPELO, MISSISSIPPI  38802-0496
Telephone:  (662) 844-2137
Facsimile:  (662) 842-3863
pjenkins@webbsanders.com
*Order prepared by Paul N. Jenkins, Jr., of Webb Sanders & Williams PLLC*